UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED
November 4, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NUMBER: 2:11-cr-00424 KJM |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| ALBERT GURLEY, | ) | |
| | ) | |
| Defendant. | ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release Albert Gurley ; Case 2:11-cr-00424 KJM from custody subject to the conditions contained in the "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of _____

    X   Appearance Bond in the amount of $350,000.00 secured by two properties owned by Stephen M. Willis.

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond secured by Real Property

    __ Corporate Surety Bail Bond

    X   (Other) Pretrial Supervision/Conditions.

Issued at Sacramento, CA on 11/4/11 at 1:18 p.m.

By _____
Kimberly J. Mueller
United States District Judge