JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALBERT TORAIN GURLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-11-424 KJM |
| Plaintiff, | |
| v. | [PROPOSED] ORDER TO EXONERATE BOND |
| ALBERT TORAIN GURLEY, | |
| Defendant. | |

The Court finds that Mr. Gurley was released pursuant to a $350,000.00 property bond which he posted to the Clerk of the Court. On August 29, 2012, Mr. Gurley entered a guilty plea to Counts 1 and 2 of the Indictment subject to Rule 11(c)(1)(C). On November 14, 2012, the Court sentenced Mr. Gurley to imprisonment for a term of 108 months on each of Counts 1 and 2. Mr. Gurley is currently serving his sentence at Atwater United States Penitentiary.

Therefore, it is hereby ORDERED that the $350,000.00 property bond posted in this case is ordered exonerated and the Clerk of the Court is directed to reconvey to the surety, Stephen M. Willis. *See* Exhibits A and B for Legal Description of Real Property posted on behalf of Mr. Gurley.

Dated: January 14, 2013.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT "A"
# LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF SACRAMENTO, COUNTY OF SACRAMENTO, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

The South one-quarter of Lot No. 1, in Block of Square bounded by and between "V" and "W" and 5th and 6th Streets of said City, according to the Official Map or plan thereof.

APN: 009-0176-016-0000